IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAFE HARBOR INSURANCE COMPANY, as
subrogee of ANDREW KENNELL and
PATRICK KENNELL,

    Plaintiff,

v.                                      Case No. 3:24-cv-480-TKW-ZCB

JACK MARSHALL and EMILY CRADDOCK,

    Defendants.
_____/

## AMENDED COMPLAINT

Plaintiff, Safe Harbor Insurance Company ("Safe Harbor"), appears through counsel as subrogee of Andrew Kennell and Patrick Kennell ("Insured") and sues Jack Marshall and Emily Craddock, stating:

### JURISDICTION, PARTIES, AND VENUE

1. This is an action for damages greater than fifty thousand dollars ($50,000.00) exclusive of interest, costs, and attorney's fees.

2. Plaintiff, Safe Harbor Insurance Company, is a corporation properly registered with the Florida Department of Insurance to transact business as an insurance carrier in the State of Florida. Safe Harbor Insurance Company is domiciled in the State of Florida and incorporated in the State of Florida.

3. Defendant, Jack Marshall (hereinafter "Marshall"), is an individual over the age of 18, *sui juris*, and a citizen of the State of Texas.

4. Defendant, Emily Craddock (hereinafter "Craddock") is an individual over the age of 18, *sui juris*, and a citizen of the State of Louisiana.

5. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(1) as the amount in controversy exceeds $75,000 and the controversy is between citizens of different States.

6. Venue is proper in this Court pursuant to 28 U.S.C § 1391(b)(2) as this action involves alleged breach of contract and negligence resulting in fire damage to real property in Santa Rosa Beach, Walton County, Florida.

## GENERAL ALLEGATIONS

7. At all times relevant to this action, the Insured owned the real property at 335 Lakeview Dr., Santa Rosa Beach, FL 32459 ("Insured Property").

8. At all times relevant to this action, the Insured Property was insured by Safe Harbor Policy No. SDF0014545 ("Policy"). A copy of the Policy declaration is attached as **Exhibit A** and a full copy of the Policy is available upon request.

9. At all times relevant to this action, the Defendant, Jack Marshall was a tenant of the Insured Property.

10. On or about 6/19/2024, the Defendant, Jack Marshall entered into a lease agreement for the Insured Property.

11. Defendant Jack Marshall invited and allowed defendant Emily Craddock to reside at the Insured Property as a guest during his tenancy.

12. On or about 6/24/2024, Jack Marshall and/or Emily Craddock improperly discarded smoking material, or other flammable material, directly resulting in a fire.

13. On or about 6/24/2024 the Insured Property suffered damage as a direct result of the fire.

14. Safe Harbor determined the damage was a covered loss under the Policy and indemnified the Insured as required by the Policy.

15. Safe Harbor made payments to its Insured pursuant to the Policy.

16. Safe Harbor did not act as a volunteer in making the payments and Safe Harbor was not primarily liable for the debt. Safe Harbor made the payments in order to protect its own interest.

17. Pursuant to Florida law, and pursuant to the assignment attached as **Exhibit B**, Safe Harbor is subrogated to the rights of its Insured to the full extent of its payments and its Insured's deductible.

18. Safe Harbor has currently indemnified its insured by virtue of payments totaling $116,406.80 and additional payments are pending.

19. Safe Harbor is entitled to recover to the full extent of its payments, any supplemental payments, interest, its insured's deductible, and costs of this action.

20. Permitting Safe Harbor to seek recovery for its payments works no injustice to the right of any third-party.

21. All conditions precedent to bringing this action have been satisfied or waived.

### COUNT I – BREACH OF LEASE - MARSHALL

22. The allegations in paragraphs 1-21 are realleged herein.

23. The subrogor's agent and defendant Jack Marshall entered into a lease that governed Defendants' tenancy of the Insured Property. **Exhibit C**.

24. Pursuant to the Lease, Jack Marshall was liable for any damage to the Insured Property whether caused by himself or his guests. In particular, the following provision applies:

> OWNER'S SECURITY: Guests are responsible for any damage caused by themselves or their guests.

25. Plaintiff has provided Defendant, Jack Marshall, with notice of the damage but he has not accepted responsibility nor paid for the damage. He further has not indemnified the landlord or plaintiff despite being liable for all damages pursuant to the terms of the Lease.

26. As a direct and proximate result, defendant Jack Marshall has breached the Lease.

27. Plaintiff has been damaged by this breach.

WHEREFORE the Plaintiff, Safe Harbor Insurance Company, respectfully requests this Court enter judgment in its favor, and against Jack Marshall, for

the full damage incurred, including all payments for remediation, mitigation, dwelling repair, personal property, loss of use, interest, and costs of this action.

### COUNT II – NEGLIGENCE - MARSHALL

28. The allegations in paragraphs 1-21 are realleged herein.
29. Marshall had a duty to
    a. Discard flammable materials in a reasonably safe manner;
    b. Discard flammable materials in a manner to not cause harm to the Insured Property;
    c. Use reasonable care when disposing of combustible materials;
    d. Supervise all guests and their use of flammable materials while in the Insured Property.
    e. Ensure the property was kept in a reasonable and safe condition to prevent damage.
30. Marshall breached each of the above duties.
31. As a direct and proximate result, the Insured Property suffered damage.
32. Safe Harbor paid to repair and remediate the damage and is entitled to recover to the extent of its payments under the Policy, including but not limited to, all payments for remediation, mitigation, dwelling repair, personal property, and loss of use.

WHEREFORE the Plaintiff, Safe Harbor Insurance Company, respectfully requests this Court enter judgment in its favor, and against Defendants, for the full damage incurred, including all payments for remediation, mitigation, dwelling repair, personal property, loss of use, interest, and costs of this action.

### COUNT III – NEGLIGENCE – CRADDOCK

33. The allegations in paragraphs 1-21 are realleged herein.
34. Defendant Emily Craddock had a duty to
    a. Discard flammable materials in a reasonably safe manner;

      b. Discard flammable materials in a manner to not cause harm to the Insured Property;

      c. Use reasonable care when disposing of combustible materials;

      d. Ensure other guests used reasonable care in properly discarding smoking material and other flammable material.

35. Emily Craddock breached each of the above duties.

36. As a direct and proximate result, the Insured Property suffered damage.

37. Safe Harbor paid to repair and remediate the damage and is entitled to recover to the extent of its payments under the Policy, including but not limited to, all payments for remediation, mitigation, dwelling repair, personal property, and loss of use.

WHEREFORE the Plaintiff, Safe Harbor Insurance Company, respectfully requests this Court enter judgment in its favor, and against Emily Craddock, for the full damage incurred, including all payments for remediation, mitigation, dwelling repair, personal property, loss of use, interest, and costs of this action.

### DESIGNATION OF SERVICE EMAIL

I CERTIFY that on November 6, 2024 a copy of the foregoing was served by filing with the Court's electronic filing system and that, in accordance with Local Rule 5.1(F)(1), it will be served on all counsel of record.

> BROWN LAW FIRM, PL
> 1540 Int'l Pkwy., Ste. 2000
> Lake Mary, FL 32746
> Phone: (407) 347-4908
> Service: Service@BLFFL.com
>
> /s/ Matthew Brown
> Fla. Bar No. 71570
> MBrown@BLFFL.com

| SAFE HARBOR INSURANCE COMPANY | RENEWAL | Page 1 of 5 |
|---|---|---|
| D-BILL: JP MORGAN CHS BNK N/A ISAOA | | |

**GA:**
CABRILLO COASTAL GENERAL INS AGENCY
PO BOX 357965
GAINESVILLE, FL 32635-7965

**Agent:** 710477 (850) 650-0600
THE RYLAND/MORROW AGENCY #30743
3997 COMMONS DR W STE H
DESTIN, FL 32541-8444

**NAMED INSURED AND ADDRESS**
ANDREW KENNELL
PATRICK KENNELL
9713 CORKTREE CT
WAKE FOREST, NC 27587-4144

**LOCATION OF RESIDENCE PREMISES/DESCRIBED LOCATION**
(if different from Insured Address)
335 LAKEVIEW DR
SANTA ROSA BEACH, FL 32459-6604

## DWELLING DECLARATIONS

**POLICY NO:** SDF0014545   **Policy Period:** 9/22/2023 to 9/22/2024   12:01 AM standard time at Described Location

COVERAGE IS PROVIDED WHERE A PREMIUM OR LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE.

| PROPERTY COVERAGES | LIMIT OF LIABILITY | PERILS INSURED AGAINST | PREMIUM |
|---|---|---|---|
| A. DWELLING | ■ | FIRE | ■ |
| B. OTHER STRUCTURES | | SPECIAL FORM | |
| C. PERSONAL PROPERTY | | LIABILITY | |
| D. & E. FAIR RENTAL VALUE AND ADDL LIVING EXPENSE | | OTHER | |
| L. PERSONAL LIABILITY | | | |
| M. MEDICAL PAYMENTS | | | |

PREMIUM SUMMARY: HURRICANE PREMIUM: ■     TOTAL PREMIUM: ■
NON-HURRICANE PREMIUM: ■     MGA FEE
EMERGENCY MGT FEE
FLORIDA HURRICANE CATASTROPHE FUND:
FLORIDA INSURANCE GUARANTY ASSOCIATION 0.7% ASSESSMENT:
FLORIDA INSURANCE GUARANTY ASSOCIATION 1.3% ASSESSMENT:
CITIZENS PROPERTY INSURANCE CORPORATION:
TOTAL POLICY:

**DEDUCTIBLES:** CALENDAR YEAR HURRICANE DEDUCTIBLE IS 2% OF COVERAGE A = ■
THE ALL OTHER PERILS DEDUCTIBLE IS ■

POLICY SUBJECT TO THE FOLLOWING SURCHARGES, CREDITS, ENDORSEMENTS AND FORMS:

| FORM NO | EDITION | DESCRIPTION | LIMITS | PREMIUM |
|---|---|---|---|---|
| SHPN-11 | 05/18 | PRIVACY NOTICE | | |
| SHIDF09COV | 03/08 | POLICY INDEX | | |
| CC DP 0003 | 12/22 | DWELLING - SPEC FORM | | |
| SHIC-DF | 08/18 | OUTLINE OF COVERAGE | | |
| CCD HD | 02/20 | HURRICANE DEDUCT-2% | | |
| OIRB11670D | 01/06 | COVERAGE CHECKLIST | | |
| CCD OL25 | 02/20 | ORDINANCE OR LAW 25% OF COVERAGE A REPLACE COST BUYBACK | ■ | |
| OIRB11655 | 02/10 | LOSS MITIGATION NOT | | |
| HO 04 10 | 10/00 | ADD'L INTERESTS | | |
| DP 04 41 | 07/88 | ADDITIONAL INSURED WIND MITIGATION CRDT | | |
| CCD LWD | 05/21 | LTD WATER DAMAGE COV | ■ | |

ROOF SURFACE: ROLLED ROOF     ROOF AGE: 5
CONST: 1968 MASONRY   OCC: OWNR/SEAS   UNITS/FAMILIES: 1   TOTAL SF: 1,914   TERR: 123   P/C: 3   BCEG: 0

CCD DEC 0321     INSURED   1 COPY     Date Issued: 6/24/24

EXHIBIT A
Brown Law Firm, PL

| SAFE HARBOR INSURANCE COMPANY | | | RENEWAL | Page 2 of 5 |
|---|---|---|---|---|
| **DWELLING DECLARATIONS** | | | | |
| POLICY NO: SDF0014545 | | | | ADDITIONAL INFORMATION |

SURCHARGES, CREDITS, ENDORSEMENTS AND FORMS – continued:

| FORM NO | EDITION | DESCRIPTION | LIMITS | PREMIUM |
|---|---|---|---|---|
| CCD WD | 05/21 | WATER DAMAGE EXCLUSN | | ▇ |
| | | SHORT TERM RENTAL | | |
| | | AGE OF ROOF INFO | | |
| DP 04 73 | 07/88 | LIMITED THEFT | | |
| CCD PPRC | 04/20 | PERS PROP REPL COST | | |
| CC DL 0003 | 09/21 | PERSONAL LIABILITY | | |
| DL 24 11 | 07/88 | PREMISES LIABILITY | | |
| CCDFL CDLE | 06/21 | COMM DISEASE - LIAB | | |
| DL 24 10 | 07/88 | ADD'L INSURED (LIAB) | | |
| | | ANIMAL LIAB EXCLUSN | | |
| CCD LA | 02/20 | LOSS ASSESSMENT | | |
| | | CERTIFIED PROP MGR | ▇ | |
| | | SENIOR CITIZEN DISC | | |
| CCD FCE | 04/20 | FUNGI ROT BAC PROP | | |
| CCD FCL | 02/20 | FUNGI ROT BAC LIAB | | |
| | | LOYALTY DISCOUNT | | |
| | | INTERIOR INSP CREDIT | | |
| CCD AOB | 01/23 | AOB RESTRICTION | | |
| CCD CG | 09/21 | CAT GRND CVR CLPSE | | |
| CCD CLP | 02/20 | COLLAPSE COVERAGE | | |
| CCD DN | 02/20 | DEDUCTIBLE NOTICE | | |
| CCD LMN | 02/20 | LOSS MITIGATION NOT | | |
| CCD MSE | 04/22 | MATCHING SUBLIMIT | | |
| CCD OLN | 02/20 | ORD/LAW NOTIFICATION | | |

Your Building Code Effectiveness Grading schedule adjustment is 1 %. The adjustments can range from a surcharge of 1% to a discount of 12%.

TO FILE A CLAIM: 866-48-CLAIM or 866-482-5246.   FRAUD HOTLINE: In state 800-378-0445; Out of state 850-413-3261
Please contact your agent about your insurance policy, coverages, payment or billing questions.

COUNTERSIGNATURE: *[signature]*
Countersigned by Authorized Representative   License#: P235207         Prepared:   6/24/24

CCD DEC 0321                    INSURED   1  COPY

**SAFE HARBOR INSURANCE COMPANY**  
**DWELLING DECLARATIONS**  
**POLICY NO:** SDF0014545

RENEWAL

Page 3 of 5

ADDITIONAL INFORMATION

**MORTGAGEES(S)**  
JP MORGAN CHS BNK N/A ISAOA/ATIMA  
P.O. BOX 4465  
SPRINGFIELD OH 45501-4465  
LOAN: 0118307289

Prepared: 6/24/24

CCD DEC 0321                    INSURED    1 COPY

**SAFE HARBOR INSURANCE COMPANY**  RENEWAL  Page 4 of 5
**DWELLING DECLARATIONS**
**POLICY NO:** SDF0014545  ADDITIONAL INFORMATION

```
SURCHARGES, CREDITS, ENDORSEMENTS AND FORMS – continued:
   FORM NO       EDITION         DESCRIPTION              LIMITS        PREMIUM

CCD RPI         02/20       RENTER POL INCENTIVE
CCDFL CDPE      06/21       COMMUNICABLE DISEASE
IL P 001        01/04       OFAC ADVISORY
DL 24 16        07/88       HOME DAY CARE EXCLSN
CCD WPD         04/20       WIND PROTECT DEVICES
FL FN           01/19       FLOOD NOTICE
```

Prepared:   6/24/24

CCD DEC 0321                    INSURED    1 COPY

# SUBROGATION ASSIGNMENT
# CLAIM # 2024001207

The undersigned, **Andrew Kennell and Patrick Kennell**, acknowledge and certify to being indemnified by **Safe Harbor Insurance Company** (the "Insurer") for loss or damage to the property located at **335 Lakeview Dr., Santa Rosa Beach, FL 32459**, which loss or damage occurred on or about **6/24/2024** (hereinafter the "Loss Event"). The undersigned provide this Subrogation Assignment in consideration of the indemnification for the Loss Event, in consideration of the Insurer's agreement to pay the costs and expenses incurred while pursuing recovery, and as contractually required by the terms of the insurance policy that required indemnity from the Insurer. By this Subrogation Assignment the undersigned does hereby assign to the Insurer, to the extent of indemnification payments and the policy deductible, all of the rights, claims, and interest which the undersigned has or may have against any individuals, entities, or other parties that may be liable for the loss or damage sustained as a direct or proximate result of the Loss Event. This assignment shall be broadly construed to include, but not be limited to, authorizing the Insurer to negotiate, compromise, file suit, settle, release, collect, execute, and take any other action to pursue and conclude recovery against any potentially liable individual, entity, or party, all in the Insurer's sole and absolute discretion. This assignment includes an assignment of the right to pursue recovery of the undersigned's deductible, which shall be repaid to the undersigned as a pro rata share of recovery. This assignment shall be applied retroactively to the extent necessary to perfect the Insurer's subrogation rights.

The undersigned warrants that it has not released any individual, entity, or party from liability for the Loss Event, and that it will not release any individual, entity, or party from liability for the Loss Event without the written consent of the Insurer. The undersigned further warrants it has not settled with any individual, entity, or party who is or may be liable for the Loss Event, and will not settle with any such individual, entity, or party without written consent from the Insurer. The undersigned agrees to fully cooperate with the Insurer in the prosecution and litigation of any claims brought by the Insurer pursuant to this assignment. This cooperation will include, but not be limited to, preserving, retaining, and providing the Insurer with all documents and electronically stored information that is or may be relevant to liability or damages from the Loss Event, and attending depositions and/or court appearances to testify, if necessary.

**Signed and dated by Andrew Kennell and Patrick Kennell:**

x _/s/ Andrew Kennell_   
DocuSigned by: B1DCFDABE06E4A2...   
Printed Name:

7/25/2024   
Date

x _/s/ Patrick Kennell_   
DocuSigned by: 4F403842DDE0426...   
Printed Name:

7/25/2024   
Date

**EXHIBIT B** — Brown Law Firm, PL



# OVERSEE

**Oversee Rentals LLC**
**Rental Agreement and Rules of Occupancy**

AGREEMENT: Oversee Rentals LLC d/b/a Oversee, the Manager, and Guest agree to the following:

**RENTAL RULES AND REGULATIONS**

CHECK-IN/OUT: Check-in time is 4 PM CST and check-out is 10 AM CST. Maximum effort will be given to get the Property ready for a 4 PM entry. Refunds will not be given for late arrivals or early departures. Late check-outs will be charged a $125 fee when occurring after 10:00 AM, unless other arrangements have been made with Manager prior to arrival.

ADVANCED RENT DEPOSIT: Payment is due when placing your reservation. Your driver's license must be on file. This will be requested upon the signing of this document. The driver's license on file must match the credit card on file. Payment is equal to 50 percent of the total rent plus travel insurance, if chosen. The balance is due 60 days prior to check-in. Payment may be made by cash, check, money order, cashier's check, Visa/MasterCard/Discover or Amex. Should a guest decide to send a check for payment, it will be due within 10 days of the confirmation phone call. If it is not received within that time frame, the credit card on file will be charged. If the reservation is made within 14 days of check-in, the guest may only pay by credit card. Please refer to the vacation correspondence for exact dates and amounts. Prepaid rent will be deposited into an interest-bearing escrow account. Interest earned will be retained by Manager. The final payment will be automatically charged sixty (60) days prior to your arrival using the same card used to make the booking deposit. The total rent, fees, booking deposits, taxes and all other fees associated with booking your vacation are referred to herein as, "Total Rental Fee(s)."

TRAVEL INSURANCE: Travel insurance is available through CSA Travel Protection. In case of certain unforeseen events, this insurance may help protect your vacation investment. The plan is optional, and the service can be declined if you so choose. For details about the coverage please visit http://30a.oversee.us/COAST or call CSA at 866-642-5889. Travel insurance policies sold to residents of HI, and NY are excluded and the travel insurance premium if purchased will be refunded.

CANCELLATIONS: Reservations may be canceled or shortened by notifying the Manager at least sixty (60) calendar days prior to your Check-In date ("Cancellation Period"). In such instances, the full amount of your Reservation Deposit will be refunded. In the event of cancellations or shortened stays made after the Cancellation Period, you will be responsible for the full amount of the total booking charges. Any refunds for cancellations or shortened stays made after the Cancellation Period has expired must be obtained from CSA Travel Protection and are subject to their policies, conditions and restrictions. If you choose to decline CSA Travel Protection, no refunds will be provided for cancellations or shortened stays made after the Cancellation Period, and you will be responsible for the full amount of the total booking charges.

PRIORITY CHECK-IN: The Guest can request a check-in at 1pm if the Property is participating in the Priority Check-In program for a fee of $150. There is a limited amount of reservations that can be scheduled for Priority Check-In and they will be accepted in the order they are received. If for any reason the vacation rental is not ready for the early arrival, the Priority Check-in fee will be refunded. If the Guest is unable to arrive by the early check in time the amount will still be charged.

RENTAL ASSIGNMENTS: Manager appreciates that its accommodations offer different appointments, designs and layouts, and that reservation holders want the peace of mind that they will stay in the specific Property they selected. Accordingly, we will reserve for you the specific Property selected at the time of your

reservation upon the receipt of your deposit and signed Agreement. Subject to availability for maintenance, Owner usage, or other issues that may render the accommodations unsuitable for rental, and/or subject to the Property remaining as an accommodation at the time of the stay, Guests will be placed in the specific Property set forth in their Agreement, or otherwise provided with a full refund or an opportunity to stay in an equivalently priced accommodation if available. Notwithstanding Oversee's efforts, if the specific Property reserved is unavailable for any reason, Guests will be limited to a full refund or similar accommodation at their election. In no event will Oversee be responsible for any direct or indirect costs, expenses, fees or other consequential damages resulting from the unavailability of a specific accommodation. Oversee is not responsible for errors in its website.

NO PETS: These Properties are kept pet-free. Guests violating this policy will be charged $500, plus any additional cleaning expense and may result in immediate eviction and forfeiture of rent. If renting one of our pet-friendly homes, there is a $200 per-pet non-refundable charge, plus any additional cleaning expense. Guests with service animals must provide the proper paperwork prior to booking.

THIS IS A NON-SMOKING PROPERTY:
Please smoke only outside and dispose of all cigarette butts properly. Guests violating this policy will be charged $500, plus any additional cleaning expense and may result in immediate eviction and forfeiture of rent.

AGE: Above Guest is at least 25 years of age (an "adult") and will be an occupant of the Property during the entire reserved dates. In addition, other authorized occupants may be family members or friends of Guest. Use of the Property will be denied to persons not falling within the foregoing categories. Should any unauthorized persons occupy or use the Property, Guest will result in immediate eviction and forfeiture of rent and all booking charges. No access code or key will be issued to anyone who is not an adult.

PARENT-CHAPERONED GROUPS: One parent chaperone must be present for every four Guests under the age of 25. Parent chaperones must be present at the Property at all times throughout the entire stay. The security deposit of $1000 will be charged to the credit card in advance for all parent-chaperoned groups.

SPRING BREAK: For reservations in March or April, it is required that one parent or guardian over the age of 25 is present and staying in the Property for every three Guests between the ages of 15 and 25. Proof of age is required by all Guests and all homes are subject to inspection upon Guest arrival to ensure compliance. Violations will result in immediate eviction and forfeiture of rent and all booking charges. All rental agreement fines during this time will be doubled.

HOUSEKEEPING: Your vacation accommodations will be cleaned to our quality standards prior to your arrival and after your departure. You will be responsible for the cleaning of your Property during your stay and for leaving the Property in good condition at check-out. We respectfully request that you remember that you are staying in someone's home during your vacation; please treat it with the care you would your own. If the Property is found abnormally dirty at check-out, additional charges will be charged to your credit card to assist in performing a deep cleaning of the Property. Your Property will have initial supplies of trash liners, toilet paper, bath soap, towels etc. All stays will be subject to a cleaning fee. Additional cleanings can be arranged during your stay for an additional fee.

BEACH TOWELS: Please bring beach towels, as we do not permit bath towels or linens to be taken from the Property except for laundering.

MAINTENANCE: Please report any maintenance needs for the Property to the Manager, and we will respond as quickly as possible. Refunds will not be made for maintenance issues including, but not limited to, heating and air conditioning, appliances, televisions, pool filtration systems, etc.

RATES: Reservations may be booked more than a year in advance, but rates are subject to change during the year when the booking was placed.

OWNER'S SECURITY: Guests are responsible for any damage caused by themselves or their guests. If damage is caused to the Property the Guest authorizes the Manager to charge Guest's credit card on file for cost compensation to the Owner.

ENTRY: Manager or Manager's agents may enter Property in the following circumstances: in case of an emergency; to make any necessary or agreed upon repairs, alterations, or improvements; supply necessary or agreed upon services or show the Property to prospective purchasers, Guests or contractors. Manager will provide Guest with at least 12 hours' notice of intent to enter except in the case of an emergency.

CONDITION: Guests are responsible for the Property, its contents, and themselves during occupancy. Guests must lock windows and doors securely when not in the Property. Rearranging the furniture or removing any items from the Property is prohibited. After Check-Out, the Manager will inspect the Property for damage, missing items, and abnormally dirty appearance. If the Manager determines that damage is present, items are missing, or the Property is abnormally dirty, the Manager will repair the damage, replace the missing items, and/or perform a deep clean of the Property at Guest's expense. Guest authorizes Manager to charge the credit card on file to reimburse the Manager for any such expenses.

HURRICANES AND SEVERE WEATHER: Guests covered by CSA Travel Protection may be entitled to a refund or partial refund, as may be offered by and through the CSA Travel Protection Agreement, in the event that the National Hurricane Center and our local governing officials issue a "Mandatory Evacuation" order for the location of your rental Property, provided that you have purchased coverage before the storm was named. Any such refunds shall be subject to the terms, conditions and restrictions of the CSA Travel Protection policy. Details about the coverage can be obtained by reviewing the certificate of insurance on their website http://30a.oversee.us/COAST or by calling CSA at 866-642-5889. Refunds for cancellations or shortened stays due to actual or anticipated hurricanes, tropical storms or other inclement weather will not be issued by Manager under any circumstances.

NEARBY CONSTRUCTION: There may be construction ongoing at properties adjacent to or close by the Property being rented by Guest. The rules regarding acceptable noise levels, start and finishing times, and other restrictions relating to any such construction are governed by local ordinances and/or community specific rules and regulations beyond the control of the Manager. As such, Guest shall not be entitled to a refund relating to such construction. Notwithstanding this, the Manager will use its best efforts to ensure that the appropriate parties are notified and appropriate remedial action taken in the event that it receives notice that the construction at issue may be in violation of any such regulations or ordinances.

PRIVATE ELEVATORS: Properties with private elevators are only to be operated when an adult is present. Please adhere to the instructions on the use of the elevator that can be found near the elevator doors. Costs incurred in damaging or maintaining the elevator due to a failure to follow the instructions will be paid by the Guest.

NO SUBLETTING: The rental Property may not be sublet. Your reservation is not transferable to any other party.

OCCUPANCY: The maximum number of occupants shall not exceed the maximum number the home sleeps, not including babies in cribs.

KEYS: If the Property uses a key one must be returned to the lockbox and the other placed on the kitchen counter. There will be a $25 charge per key not returned.

LAW: While visiting the state of Florida the Guest and any of their guests will obey the Florida law, as well as local law, and HOA rules. Failure to abide by the laws of the state of Florida or the rules incorporated herein, including the Pool Agreement, may cause the Guest to be asked to vacate the Property and forfeit all rents.

EVENTS/PARTIES: Guest shall not host events or parties at the Property without obtaining prior approval from the Manager and payment of additional fees. This includes weddings, cocktail parties, receptions, welcoming events, family reunions, anniversaries, and milestone birthday parties. Some properties and communities do not allow events of any kind. The Event Fee is $150 per occupant of the property's maximum marketed occupancy. Guests violating this policy will be charged $200 per occupant of the property's maximum marketed occupancy, plus any additional cleaning expense and may result in immediate eviction and forfeiture of rent.

LINENS/TOWELS/SUPPLIES: Bed linens and bath towels are furnished by the Owners. Lost or damaged linens will be charged to the Guest's credit card on file. An initial supply of trash can liners, paper towels, dishwashing liquid, dishwasher tabs, bathroom tissue, and bath soap is provided. Any extra items needed are the responsibility of the Guest.

TELEPHONE: If provided in the home, the telephone will have a long-distance call block. All long-distance charges must be charged to a calling card, collect or third party.

SALE: In the event that the Property is on the market for sale, we may find it necessary to show the Property during your stay. We will make every effort to schedule the showing at a convenient time so as not to interrupt your vacation.

PERSONAL ITEMS LEFT BEHIND: Oversee is not responsible for lost or misplaced items. However, if notified and/or found within a reasonable time, we will be happy to ship them via UPS Ground Delivery for a $25 fee (unless postage and handling is more). All unclaimed personal items are donated to charity.

SIGHT UNSEEN: Our vacation rental homes are individually owned and furnished. We will not give refunds or adjustments if the Property does not meet your preferences or expectations. We manage clean properties furnished to the Owner's taste. No two properties are the same. Inventories and furnishings are subject to change without notice.

TO HOLD HARMLESS 1: Guest expressly acknowledges and agrees that operating a golf cart or other Low Speed Vehicle ("LSV"), bicycle, or use of a swimming pool involves the risk of serious bodily injury or death, and/or property damage and hereby assumes such risk knowingly and voluntarily. Guest does for itself, its guests, invitees, heirs, executors, administrators and assigns, hereby release and forever discharge, indemnify and hold harmless Oversee and Oversee's owners, agents, employees and assigns, as well as the Owners of the rental Property and their assigns, from any and every claim, demand, action or right or action of whatever kind or nature, either in law or in equity, arising from or by reason of any bodily injury or personal injuries, known or unknown, death or property damage resulting, or to result, from any accident that may occur and any activities in the operation of the golf cart or LSV, bicycle, or swimming pool whether by negligence or otherwise that result in injury or damage.

GOLF CARTS AND LOW-SPEED VEHICLES ("LSV"): Operator acknowledges that various neighborhoods within the Manager's rental program have specific rules and regulations pertaining to the use of golf carts and LSV within their community. These rules and regulations vary by community and are strictly enforced in many respects, and they provide for fines and penalties that may include, but are not limited to, monetary fines against the Owner of the Property and/or the impounding of the golf cart or LSV by the respective Homeowners Association. Accordingly, operator agrees to comply with all community-based rules and regulations specific to the rental Property. Operator expressly acknowledges that he/she and any additional operators permitted to use the golf cart and/or LSV are licensed drivers, over the age of 21, and that they are familiar with the safe operation of golf carts and LSV and are certain of their own ability to operate a golf cart and LSV safely. Because many of the local communities have a no tolerance policy for the operation of golf carts and LSV by persons under 21, which may result in the homeowner's loss of use of the golf cart, Oversee has adopted a similar no tolerance policy. If a person under 21 is found to have operated the Golf Cart provided, Operator will be fined $700.00 on the credit card or account provided. Operator authorizes Oversee to charge the damage deposit credit card or checking account on file for any damages,

costs or liability resulting from or arising out of the use of the golf cart or LSV in violation of this Agreement or rules and regulations of the applicable Homeowners Association. Operator agrees that the golf cart and/or LSV will only be left at his/her rental Property overnight and not at any other locations.

BICYCLES: If bicycles are at the property, they will be adult bicycles and are only meant for riders 16 and older. If you need a helmet, please call Oversee's bicycle provider La Dolce Vita at 866-651-1869. Parents and guardians are responsible for ensuring that minor children are in compliance with these safety guidelines. Guests agrees to properly secure the bicycles at all times to avoid theft, damage or unauthorized use. This includes ensuring that all bikes are locked and properly secured when they are ridden to another location. Every bike should come with a lock. In the event you don't have sufficient locks to secure the bikes, please let us know immediately. If a bike is lost during your stay or stolen while bike is not secured with a lock, your credit card or checking account on file will be charged $400.00. Operator agrees that the bicycles will be secured at his/her rental Property overnight and not at any other locations.

SWIMMING POOLS: Only Guests and their guests are permitted in the pool or pool area. The maximum number of Guests is the same as the number that the house sleeps. Guests are responsible for any damage caused by themselves or their guests. All Guests must be accompanied by an adult (25 years or older) at all times. Children age 10 and under and non-swimmers must have adult swimmer supervision. Do not send small children to the pool with an adolescent babysitter to supervise them as this violates this pool rule. Diving is not allowed because the pool is too shallow. No glass containers are permitted in the pool or pool area. Alcoholic beverages are not permitted in the pool or pool area. No person who is intoxicated may enter the pool or pool area. Disorderly conduct is prohibited in the pool and pool area. No pets or animals are permitted in the pool or pool area. Keep entry gates closed as you enter or exit the pool area. Do not let children in if an adult does not accompany them. If pool is equipped with an alarm device, do not interfere with or disconnect the alarm device. The pool hours will be 7:00 AM until 10:00 PM, unless the Owner's Association has established other scheduled times. If pool-heating charges have been paid, heaters are set to 86°. Do no attempt to turn up the heater beyond this setting. Any alterations with pool equipment may result in forfeiture of all deposit monies. If the pool has an electric heater, it cannot be operated should temperatures fall below 50°. If the pool has a jetted area, it serves as an extension of the pool and is heated only to 86° if pool heating charges have been paid. Pool heating must be scheduled and paid for at least one week prior to arrival.

TO HOLD HARMLESS 2: Neither the Manager nor Owner assume any liability for loss, damage, or injury to persons or their personal property, nor for any inconveniences, damage, loss, or injury arising from any temporary defects or stoppage in supply of water, gas, cable service, electricity, internet service, or plumbing, as well as due to weather conditions, natural disasters, acts of God, or other reasons beyond their control.

HEADINGS: Any headings used in this Agreement are for convenience of reference only and shall not be construed to alter or affect the meaning of any of the provisions. All references to the singular shall include the plural, and vice versa. The parties agree that this Agreement is the result of negotiation by the parties, each of whom has had the opportunity to consult with and be represented by counsel, and thus, this Agreement shall not be construed against either party because of authorship.

ADDITIONAL TERMS AND CONDITIONS: The undersigned Guest, for himself/herself, his/her heirs, assignors, executors, and administrators, fully releases and discharges Manager and Owner from any and all liabilities, claims, demands and causes of action by reason of any injury, loss, or damage by whatever nature which has or have occurred, or may occur to the undersigned, or any of his/her guests as a result, or in connection with the occupancy of the Property and agrees to hold Manager and Owner free and harmless of any claim or suit arising therefrom. In any action concerning the rights, duties, or liabilities of the parties to this agreement, the principals, agents, successors or assignees of the prevailing party shall be entitled to recover reasonable attorneys' fees and costs, through all appeals. This Agreement shall be governed by and construed and enforced in accordance with the laws of the state of Florida. Manager reserves the right to terminate this Agreement upon their discretion at any time. Legible fax copies and photocopies of documents

signed by either party are deemed to be original equivalent.

BINDING NATURE OF AGREEMENT: All of the terms, covenants, and conditions of this Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, legal representatives, successors, and assigns.

FALSE PRETENSES: Making a reservation under false pretenses is subject to immediate eviction and forfeiture of rent, all booking fees, plus all security deposit monies, and potentially additional charges for damages incurred.

CREDIT CARD DISPUTE: If a charge from a credit card on file for the reservation is disputed and the Guest loses the dispute, the Guest will be charged an additional $100.

REFUNDS: Refunds of the Advance Rent Deposit and/or the Total Rental Fee will not be given for any reason within 60 days (or 90 days for some homes) of arrival date. Reimbursement of monies paid may be available through CSA. To learn more, please visit http://30a.oversee.us/COAST.

Please click this link; http://30a.oversee.us/COAST to obtain your travel insurance policy or description of coverage for your Covered Trip if you have paid for or authorized payment for the travel insurance. The travel protection, if purchased, provides reimbursement for unused, nonrefundable payments if your trip must be canceled. Covered reasons include: mandatory hurricane evacuations; sickness, injury or death; extension of school year; armed service revocation; involuntary termination of employment or other specific reasons listed in the policy/Description of Coverage. Underwritten by Generali US Branch, A Stock Company. For coverage inquiries or customer service call 866-642-5889.

MAILING ADDRESS: If Guest accepts this agreement online during the booking process no signed agreement needs to be mailed. If not online, this completed and signed agreement should be mailed to:

Oversee - Grayton
1231 County Road 283 S
Santa Rosa Beach, FL 32459

Oversee – Sunnyside
22623 Panama City Beach Parkway
Panama City Beach, FL 32413

**Please remember that you are renting someone's home. Please treat it with the same respect you would like shown to your own home.**

Guest _____ *Jack Marshall* _____

Date _____ 06 / 19 / 2024 _____

# Signature Certificate

Reference number: 4TL54-ZRMHF-N5PRO-5A6TM

| Signer | Timestamp | Signature |
|---|---|---|
| **Jack Marshall**<br>Email: jilliankaye03@yahoo.com | | |
| Sent: | 19 Jun 2024 22:56:44 UTC | *Jack Marshall* |
| Viewed: | 19 Jun 2024 23:02:37 UTC | |
| Signed: | 19 Jun 2024 23:03:16 UTC | |
| **Recipient Verification:** | | IP address: 146.86.148.163 |
| ✓ Email verified | 19 Jun 2024 23:02:37 UTC | Location: Montgomery, United States |

Document completed by all parties on:
19 Jun 2024 23:03:16 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

